Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

2022 JAN 32  PM 12: 48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Ocala Division

Matteo Manuel Soto

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

Christopher Edelen

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   5: 22-cv-58-CEM-PRL

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matteo Manuel Soto |
| All other names by which you have been known: | Not applicable |
| ID Number | R85728 |
| Current Institution | Charlotte correctional institute |
| Address | 33123 OilWell RD |
| | Punta Gorda          FL          33955 |
| | City                 State       Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Christopher Edelen |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | Lake correctional institute |
| Address | 19225 US Hwy 27 |
| | Clermont          FL          34715 |
| | City              State       Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City          State          Zip Code |

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment: Prohibition against cruel and unusual Punishment

Fifth amendment: Equal protection of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DeFendent was Present at Lake Correctional institute on
OFFicial Capacity The Day oF August 11th 2021.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.



B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Lake Correctional institute Charlie Dorm wing 2 on
August 11th 2021, between 12:00 - 12:10 PM.

## STATEMENT OF CLAIM    (IV)    PAGE 4 OF 11

1) My Fifth Amendment of the United States Constitution "EQUAL PROTECTION OF LAW" Was violated by LAKE Correctional Institution on August 11th 2021 by Me Matteo Soto #R85728 being housed With an inmate Serving A Life Sentence. Policy, Procedures, Directorates of Department of corrections states "FDOC is to insure compatability With inmates in all areas of Housing". My Due Process Right Was violated by Lake Correctional Institute Housing Me Matteo Soto #R85728 With an inmate(s) Serving Life When Plaintiff Has less then 36 Months Entering Department of Corrections.

2) My Eighth Amendment of the United States Constitution "THE PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT" Was Violated on August 11 2021 in Charlie dorm At Lake correctional Institution by Me Matteo Soto #R85728 being Stabbed by inmate John. Jones #045310 Who is Serving A Life Sentence. Lake correctional institution "Failed To PROTECT" resulting in physical and mental dameges to the plaintiff.

PLAINTIFF: MaTTeo Manuel Soto R85728    

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Wensday, August 11th 2021    12:00-12:10PM

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- This incident is on camera.

- I was Physically assulted sustaining injuries From a Homemade Knife.

- This incident involved Me and the inmate who Assulted me

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- I was stabbed by a Homemade Knife to the Left Forearm.

- I recieved a Clear-band-aid.

- I Did Not recieve a T-DaB shot For tetnus

- I did not recieve Proper medical treatment and care.

- Suffering mental distress (PtsD) and have currently been Placed on Psycotrobic medications.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- I am requesting money Dameges.

- Physical Dameges - Assualt via Homemade Knife

- mental Dameges - PtsD

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lake correction institute

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Lake Correctional institute
19225 US Hwy 27
Clermont FL 34715

2.    What did you claim in your grievance?

- Refusual of medical treatment
- Violation of my Due Process
- D.O.C is liable For me, matteo Soto RB5728, being Assualted by another inmate.

3.    What was the result, if any?

- All grievances was Denied

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

- All denied grivances was Fowarded to Department of Corrections Bureau of inmate grivance appeals.
- The grivance Process to the Highest level is complete,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   Not applicable

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Not applicable

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See Attacthed exhibits

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

   Not applicable

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)
    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    Not applicable

3.  Docket or index number
    Not applicable

4.  Name of Judge assigned to your case
    Not applicable

5.  Approximate date of filing lawsuit
    Not applicable

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Not applicable

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) \

Defendant(s) \

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Not applicable

3.    Docket or index number

Not applicable

4.    Name of Judge assigned to your case

Not applicable

5.    Approximate date of filing lawsuit

Not applicable

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition \

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

\        Not applicable

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-26-22

Signature of Plaintiff

Printed Name of Plaintiff    Matteo Manuel Soto

Prison Identification #    R85728

Prison Address    Charlotte correction institute

punta gorda                     FL        33955
City                           State      Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                           State      Zip Code

Telephone Number

E-mail Address

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 3 1 2021
Department of Corrections

☐ **Third Party Grievance Alleging Sexual Abuse**

**TO:** ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections
**From or IF Alleging Sexual Abuse, on the behalf of:**

| Soto Matteo M | R85728 | Lake CI |
|---|---|---|
| **Last    First    Middle Initial** | **DC Number** | **Institution** |

Part A – Inmate Grievance                    21-6-24991

This is Appeal to informal And formal grievance
312 2108 0089 And 2108 312 032

I Requested that further medical care be provided
then what was given 3 Request further documentation
Of this incident.

In my initial informal grievance the Respondant States
"No injuries was documented" then in my formal grievance
the Respondant says medical staff determined the wound
was superficial. My injuries was Not properly Documented
And treated.

| 8-26-21 | R85728 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 30 / _____
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/27/21 (am)  Institutional Mailing Log #: _____    _____
(Date)                                                              (Received By)

07H
2108-(312)-032

**DISTRIBUTION:** INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

312 2108 0091

Team Number: 3
Institution: _____

| TO: (Check One) | ☐ Warden<br>☒ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other | SEP 0 3 2021 |
|---|---|---|---|---|---|

| FROM: | Inmate Name<br>Matteo Manuel Soto | DC Number<br>R85728 | Quarters<br>F2-201v | Job Assignment | Date<br>8-22-21 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☒

I object to being accesed For CM because this institution is at Fault For me being Assaulted on August 11th 2021. This institution is soppose to insure Compatability Amongst inmates in All Areas Of Housing. No Way i should have been housed with A inmate serving A Life sentence when I have less then 2 Years upon my Release From prison. This institution is liable For me being Attacked With a Weapon. Therefore, I should not be Accessed For CM.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: R85728   RECEIVED

---

**DO NOT WRITE BELOW THIS LINE**

AUG 23 2021
LAKE C.I.
ASST WARDEN'S OFFICE

## RESPONSE

DATE RECEIVED: _____

Your review for CM is based on your behavior not your housing location. You were reviewed appropriately. Based on this information, your grievance is denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): J Sammel | Official (Signature): _____ | Date: 9/2/21 |
|---|---|---|

CLASS OGP

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date will be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: 3

312 2108 0091

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other |
|---|---|---|---|---|

SEP 03 2021

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Matteo Manuel Soto | R85728 | F2-201v | | 8-22-21 |

**REQUEST**                          Check here if this is an informal grievance ☒

I object to being accesed For CM because this institution is at Fault For me being Assaulted on August 11th 2021. This institution is suppose to insure compatability Amongst inmates in All Areas of Housing. NO way i should have been housed with A inmate serving A LiFe sentence when I have less then 2 years upon my Release From prison. This institution is liable For me being Attacked With a Weapon. Therefore, I should not be Accessed For CM.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC#: R85728

RECEIVED
AUG 23 2021
LAKE C.I.
ASST WARDEN'S OFFICE

---
DO NOT WRITE BELOW THIS LINE
---

**RESPONSE**                          DATE RECEIVED: _____

Your review for CM is based on your behavior not your housing location. All were received appropriately. Based on this information your grievance is denied.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied** . (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): S. Sommer | Official (Signature): _____ | Date: 9/2/21 |
|---|---|---|

KEAMED
CLASS
OP

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

2108 312 032

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Soto      Matteo   M | R85728 | Lake CI |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

Appeal to informal Grievance   312 2108 0089

On the informal grievance i stated i was Refused medical Attention on August 13th 2021, Not August 11th 2021. It Should be noted that on August 11th 2021 i called A medical emergency From cell F220lu Shortly After i was placed in my cell because i was Feeling pain in my left Forearm, Sgt. De'Arts then placed me in Hand Restraints And took me to the Showers, A Nurse Came Down here And Cleaned the Wound And placed A Clear band Aid over the Stab Wound. I Am Grieving that No PhotoGraphic evidence Was taken prior to me Calling A medical emergency. I Then called ANOthER medical emergency on August 13th 2021 ~~XXXXXX~~ because the band Aid Was Full OF blood and needed to be Cleaned. I Was then REFUSED MEDICAL Attention because the Wound Was "SuperFicial" And was Told i Was being A Baby. I Want documentation OF this incident.

| 8-23-21 | R8572B |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   30 /   # / Signature

---

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)                                                                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | Med |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY | 07h |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

2108 312 032

RECEIVED
AUG 23 2021
LAKE CI
ASST. WARDEN'S OFFICE

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Soto Matteo M | R85728. | Lake CI |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

Appeal to informal Grievance 312 2108 0089

On the informal grievance i stated i was Refused medical Attention on August 13th 2021, Not August 11th 2021. It Should be noted that on August 11th 2021 i called A medical emergency from cell F220lu Shortly After i was placed in my cell because i was feeling pain in my left Forearm, Sgt. De'Arts then placed me in Hand Restraints And took me to the Showers, A Nurse came Down here And Cleaned the wound And placed A Clear band Aid over the Stab Wound. I Am Grieving that No Photographic evidence Was taken prior to me Calling A medical emergency. I Then called ANothER medical emergency on August 13th 2021 ~~because~~ because the BAND Aid Was Full OF blood and needed to be Cleaned. I Was then REFUSED MEDICAL Attention because the Wound was "SUPERFICIAL" And was Told i Was being A Baby. I Want documentation OF this incident.

---

| 8-23-21 | R85728 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 30 / _____

\# Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____

(Date) (Received By)

Med
6th

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13) Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

312 2108 00 89

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ AUG 2 4 2021 |
|---|---|---|---|---|

| FROM: | Inmate Name: Matteo Soto | DC Number: R85728 | Quarters: F2201U | Job Assignment: | Date: 8-22-21 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☒

On 8-13-21 I Was sent to Medical From Confinement to Get the Stab Wound From my left Forearm Cleaned And Get photographic evidence that i Was Stabbed During the situation that Happened in Charlie dorm 8-11-21 For beneficial pourposes within the case. I Was Refused Any Medical Attention, I was Refused my right to A t-Dats shot For tetnys After being Stabbed With A Rusty Knife. The Medical Director Stated "it's Superficial Dont Be A Baby" I Want documentation of this Incident.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: R85728

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:** AUG 23 2021  LAKE CI  ASST WARDEN'S OFFICE

YOU WERE NOT REFUSED MEDICAL CARE ON 8/11/21 YOU WERE ACCESSED BY A NURSE PRIOR TO CONFINEMENT. NO INJURIES WERE DOCUMENTED DURING YOUR PRE-CONFINEMENT ASSESSMENT. THE DOCTOR DETERMINES THE COURSE OF TREATMENT

[The following pertains to informal grievances only:    DENIED
Based on the above information, your grievance is _____. (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Don A. Whitfield | Official (Signature): _____ | Date: 8/23/21 |
|---|---|---|

Med
07M

Original: Inmate (plus one copy)    LAKE CI
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OFFICE NO.**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

## INMATE REQUEST

312 2108 00 89

| TO: (Check One) | ☑ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Mental Health | ☐ Dental ☐ Other | AUG 24 2021 |
|---|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Matteo Soto | R85728 | F2201U | | 8-22-21 |

### REQUEST

Check here if this is an informal grievance ☒

On 8-13-21 I was sent to medical From confinement to get the stab wound From my left Forearm cleaned and get photographic evidence that I was stabbed during the situation that happened in Charlie durm 8-11-21 For beneficial pourposes within the case, I was ReFused Any medical Attention, I was ReFused my right to A t-dab shot For tetnus AFter Being stabbed with A Rusty knife. The Medical Director Stated "its SuperFicial Dont Be A Baby" I wAnt documentation OF this Incident.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: R85728 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED:

RECEIVED
AUG 23 2021
LAKE C.I.
ASST. WARDEN'S OFFICE

YOU WERE NOT REFUSED MEDICAL CARE ON 8/11/21 YOU WERE ACCESSED BY A NURSE PRIOR TO CONFINEMENT. NO INJURIES WERE DOKUMENTED DURING YOUR PRE-CONFINEMENT ASSESSMENT. THE DOCTOR DETERMINES THE COURSE OF TREATMENT

[The following pertains to informal grievances only:
Based on the above information, your grievance is **DENIED**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Don A. Whitfield | Official (Signature): | Date: 8/23/21 |
|---|---|---|

LAKE CI                                                          Med
                                                                 07m

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

AUG 2 6 2021

| SOTO, MATTEO | R85728 | 2108-312-032 | LAKE C.I. | F2201U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated.

Security determines when photographic evidence is necessary. The medical department determines what is documented in the chart. The medical staff determined that the wound was superficial and treated as such.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by completing form DC1-303, providing attachments and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

V. Mesa, Medical Director

V. Mesa, MD
CHO
Lake CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/25/21 DATE |
|---|---|---|

WITH AGENCY CLERK

SEP 22 2021

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| SOTO, MATTEO | R85728 | 21-6-24991 | LAKE C.I. | F3110U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issue you presented.

It is determined that the response made to you in the informal response #2108-312-0089 on 8/23/21 appropriately addresses the issue you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *T. Bowden*<br>SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9/17/21<br>DATE |

Matteo Soto R85728
Charlotte correctional institute
33123 oilwell Rd
Punta gorda FL 33955

Clerk's Office, United States
District court, Golden-Collum
Memorial Federal Building And
U.S courtHouse

MAILED FROM
CHARLOTTE
CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000930667
MAILED FROM ZIP CODE 33955
$ 002.360
JAN 27 2022

SCREENED
By USMS

207 N.W Second Street,
Room 337 Ocala, Florida
34475-6666